SEALED

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In Re: Richard Sipan,<br>Attorney at Law, Bar No. 3155 | 2:16-ms-24 |

### ORDER OF SUSPENSION

On March 3, 2016, this Court entered an Order to Show Cause Suspension for Richard Sipan, mailed via certified mail with a Certified Mail, which was returned as unable to forward. On March 10, 2016, this Court emailed the Order to Show Cause to Richard Sipan at rcsipan@gmail.com with verification of delivery through the Court's CM/ECF email tracking delivery system. The Order to Show Cause provided Mr. Sipan with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Sipan. Failure to respond within 30 days warrants an Order of Suspension pursuant to Local Rule IA 10-7.

Accordingly, **IT IS HEREBY ORDERED** that Richard Sipan, Nevada State Bar #3155, is hereby Suspended from practice in United States District Court for the District of Nevada.

**DATED** this 6 day of May, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

- 2 -

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 12 day of May, 2016, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties with verification of delivery through the Court's CM/ECF email tracking delivery system.

    Richard Sipan at rcsipan@gmail.com

    /s/
    Deputy Clerk
    United States District Court,
    District of Nevada